# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:21-cv-00060-MR-WCM

| | |
|---|---|
| STEPHANIE WATKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOEY BRANDLE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court *sua sponte*.

The Plaintiff filed a Complaint in this matter on March 1, 2021. [Doc. 1]. The Plaintiff did not pay the required filing fee or file an application to proceed in this matter without prepaying fees or costs. That same day, the Clerk of Court entered a Notice of Deficiency, advising the Plaintiff that she was required to pay the required filing fee of $402.00 or file an application to proceed without prepayment of fees or costs and giving her twenty-one (21) days to correct that deficiency. [Doc. 2]. The Notice explicitly warns the Plaintiff that failure to pay the required filing fee or file the necessary application within the time required may result in the dismissal of this action without prejudice for failure to prosecute. [Id.].

More than twenty-one (21) days have now passed since the entry of the Notice of Deficiency, and the Plaintiff has failed to pay the $402.00 filing fee or submit an application to proceed without prepayment of fees or costs.

Accordingly, **IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Signed: March 29, 2021

Martin Reidinger
Chief United States District Judge